UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
In re:                                              )
                                                    )
BOSTON FINANCIAL CORPORATION        )        Chapter 11
                                                    )        No. 08-14571-HJB
                        Debtor               )
_____ )

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES AND PAPERS**

    Please enter the appearance of Frank D. Kirby, Esq., 5 Pleasant Street, Worcester, MA 01609 as counsel for Boston Financial Corporation.

    The undersigned hereby requests copies of all notices, papers, and orders required to be given or served in accordance with Fed. R. Bankr. P. 2002 and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex or otherwise, which affects the Debtors or the properties of the Debtors filed by any party in the above-captioned proceedings, and in any matter or proceeding arising in, arising under or related to the above-captioned proceedings.

                                                        /s/ Frank D. Kirby, Esq.
                                                        5 Pleasant Street
                                                        Worcester, MA  01609
                                                        Phone:  508.798.0020
                                                        Fax:  508.798.0025
                                                        Email: frank@fkirbyesq.com

Dated:  August 14, 2008

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
In re:                                  )
                                        )
BOSTON FINANCIAL CORPORATION            )        Chapter 11
                                        )        No. 08-14571-HJB
                     Debtor             )
_____     )

**CERTIFICATE OF SERVICE**

I, Elizabeth Mathieu, hereby certify that on the 14th day of August 2008, I caused a copy of the attached Notice of Appearance and Request for Service of All Notices and Papers to be served by ecf and/or first class mail, postage prepaid, upon each of the persons and/or entities listed on the attached Service List.

/s/ Elizabeth Mathieu
5 Pleasant Street
Worcester, MA  01609
Phone:  508.798.0020
Fax:  508.798.0025

## SERVICE LIST

**John Fitzgerald**
Office of U.S. Trustee
10 Causeway Street
Boston, MA  02222

**Eric K. Bradford**
Office of U.S. Trustee
10 Causeway Street
Boston, MA  02222

**Gary L. Donahue**
U.S. Dept. of Justice
Office Of U.S. Trustee
10 Causeway Street
Boston, MA 02222

**John F. Drew**
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110

**Whitton E. Norris, III**
David, Malm & D'Agostine, PC
One Boston Place
Boston, MA 02108

**John P. Puccio**
P.O. Box 365
Canton, MA 02021

**Timothy M. Mauser**
Deutsch Williams Brooks
DeRensis & Holland, P.C.
One Design Center Place
Suite 600
Boston, MA 02210