UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:  )
  )
**BOSTON FINANCIAL CORPORATION**  )  Chapter 11
  )  No. 08-14571-HJB
Debtor  )
  )

## MOTION OF DAVIS, MALM & D'AGOSTINE, P.C. FOR ORDER DIRECTING THE REORGANIZED DEBTOR AND CONNECT PLUS INTERNATIONAL, INC. TO PAY ALLOWED LEGAL FEE

Davis, Malm & D'Agostine, P.C. ("DMD") moves this Honorable Court for an order directing the Reorganized Debtor and its Plan funder, Connect Plus International, Inc. ("CPIC") to pay forthwith the unpaid balance ($40,000.00) of the $90,000.00 allowed fee of DMD. In support of its request, DMD states as follows:

1. DMD filed an Amended Final Application for Compensation as counsel to the Official Committee of Unsecured Creditors (the "Committee") on April 9, 2009 (Document No. 118) seeking total compensation and expense reimbursement of $118,050.63 for services rendered from June 2008 through May 2009.

2. On May 14, 2009, following a hearing on May 5, 2009, this Court entered an order confirming the Joint Plan of the Committee (Document No. 140).

3. On May 5, 2009, this Court approved the DMD Fee Application in the voluntarily reduced amount of $90,000.00 (Document No. 135) and, pursuant to Section 2.1(d) of the Plan, such allowed professional fee was to be paid "as soon thereafter as practicable."

4. Pursuant to the Plan, Robert E. Lockwood became the sole director and CEO of the Reorganized Debtor on May 5, 2009, and Connect Plus International Corporation, the joint proponent of the Plan, became obligated to fund all administrative expenses pursuant to Section 5.1 of the Plan.

5. To date, the Reorganized Debtor and Mr. Lockwood have failed fully to pay DMD's allowed professional fee.

WHEREFORE, DMD prays for an Order of this Court in the form annexed hereto as Exhibit A directing the Reorganized Debtor and CPIC to pay the unpaid portion of DMD's allowed professional fee in the amount of $40,000.00 forthwith, together with interest and for such other and further relief as may be equitable or just.

Respectfully submitted,

DAVIS, MALM & D'AGOSTINE, P.C.,

By,

/s/   Whitton E. Norris, III
Whitton E. Norris, III (BBO # 373970)
Davis, Malm & D'Agostine, P.C.
One Boston Place, Suite 3700
Boston, MA 02108
(617) 367-2500
wnorris@davismalm.com

Dated: November 2, 2009

508773v.1

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **BOSTON FINANCIAL CORPORATION** ) | Chapter 11 |
| ) | No. 08-14571-HJB |
| Debtor ) | |
| ) | |

**ORDER DIRECTING THE REORGANIZED DEBTOR AND ITS CONNECT PLUS INTERNATIONAL, INC. TO PAY ALLOWED LEGAL FEE**

Upon the Motion of Davis, Malm & D'Agostine, P.C. ("DMD") for an order directing the Debtor and its CONNECT PLUS INTERNATIONAL, INC. ("CPIC") to pay forthwith the unpaid portion of the $90,000.00 allowed fee of DMD, due notice of the motion having been given, this Court having retained jurisdiction of the matters for which relief is sought, and good cause for the relief sought having been shown after hearing, it is hereby ORDERED that the Reorganized Debtor and CPIC shall forthwith pay DMD $40,000 unpaid portion of DMD's allowed professional fee in the amount of $90,000.00.

Frank J. Bailey, United States Bankruptcy Judge

Dated: _____, 2009

508782v.1